# Court of Appeals
# of the State of Georgia

ATLANTA,  February 06, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0967.  TORIN POPE v. US BANK NATIONAL ASSOCIATION.**

This case began as a dispossessory action in magistrate court.  After the magistrate court entered judgment in favor of US Bank National Association, Torin Pope appealed to the state court.  The state court likewise entered judgment in favor of the bank.  Pope then appealed directly to this Court.  We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Pope was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Pope's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/06/2015
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*